UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHAEL J. MASTROVITO
SUZANNE E. MASTROVITO
            Chapter 7
            Case No. 09-60295-WS.D
     Debtor.            Hon: Walter Shapero.Detroit
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $7.97, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
| --- | --- | --- |
| 10 | PRA Receivables Management LLC<br>As Agent of Portfolio Recovery Assoc.<br>PO Box 12914<br>Norfolk, VA 23541 | $1.36 |
| 14 | Recovery Management Systems Corp.<br>for GE Money Bank<br>dba Old Navy<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $1.80 |
| 16 | Recovery Management Systems Corp.<br>for GE Money Bank<br>dba JCPenney Credit Services<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $4.81 |
| | **TOTAL:** | **$7.97** |

Dated:   2/25/10                                                  /s/ Stuart A. Gold
                                                            Stuart A. Gold, Trustee
                                                            24901 Northwestern Hwy., Ste 444
                                                            Southfield, MI 48075-2223
                                                            (248) 350-8220
                                                            stuart.gold@7trustee.net